**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

Three Davis Boulevard, LLC,
Patrick Cottrell, and
Glenn Geraci

    v.                                        Civil No. 09-cv-36-JM

Butler Bank

**O R D E R**

Since I am retiring effective May 31, 2010, the trial date must be changed.  The new date is set as:

1.  Trial:  03/29/2010.

**SO ORDERED.**

                                              /s/ James R. Muirhead
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: October 5, 2009

cc:   Jonathan P. Wilkinson, Esq.
       Edward J. Moloney, Jr., Esq.